FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

10 MAR -1 PM 1:08

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

| | |
|---|---|
| FIDEL GONZALEZ, Movant, | ) ) ) |
| v. | ) USDC Case No. 2:09-cv-786-29 ) |
| UNITED STATES OF AMERICA, Respondent. | ) USDC Case No. 2:05-cr-119-29 ) ) Honorable John Steele, USDJ ) |

## MOVANT'S PRO SE MOTION AND REQUEST FOR LEAVE TO FILE TRAVERSE IN REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255

COMES NOW FIDEL GONZALEZ, Movant pro se, in the above styled and numbered cause and respectfully moves before this Court for entry of an Order Granting the relief requested as is hereinabove set forth and described in all respects.

IN SUPPORT THEREOF, Movant would show the Court the following facts, and circumstances:

I.

On or about December 4, 2009, Movant ("Gonzalez") timely filed his Motion to Vacate via the provisions of 28 U.S.C. §2255 ("§ 2255"). Gonzalez filed a Memorandum of Law with Appended Exhibits in Support on January 27, 2010. Pursuant to Order of this Court, the Government has filed it's Answer in Opposition on February 19, 2010. Movant therefore respectfully Motions this Court for Leave to file a Traverse in Reply to the Government's Response.

However, because he is proceeding pro se and is not formally trained in the law, nor has he unencumbered access to the prison law library, he seeks 30-45 days from entry of an Order granting his request within which to timely file said Reply.

WHEREFORE, premises considered and for good cause shown, Movant FIDEL GONZALEZ, requests that the Motion as is hereinabove set forth and described be in all things GRANTED.

Dated: February 25 2010.

Respectfully submitted,

By: _____
Fidel Gonzalez
Movant, *pro se*
Reg. No. 79183-004
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

## DECLARATION

I Fidel Gonzalez, herein declare under penalty of perjury that I am the Movant *pro se* in the above stated matter and that the foregoing is true and correct based upon information and belief and not willfully false. I make this declaration pursuant to 28 USC § 1746 this 25 day of February, 2010.

By _____
Fidel Gonzalez
Movant, *pro se*

## CERTIFICATE OF SERVICE

I herein certify that a true copy of the forgoing was sent via first class mail with postage prepaid and affixed thereon this 25 day of February, 2010, by placing same in the institution's outbound mailbox for legal mail to the Clerk of the Court for the Middle District of Florida, Ft. Myers Division, at 2110 First Street, Ft. Myers, FL 33901 and one copy to the Office of the U.S. Attorney, Attn: Mr. Jesus Casas, AUSA, 2110 First Street, Room, 36-137, Ft. Myers, FL 33901 pursuant to the holdings of *Houston v. Lack*.

By: _____
Fidel Gonzalez
Movant, *pro se*