```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

FIDEL GONZALEZ,

          Petitioner,

vs.                              Case No. 2:09-cv-786-FtM-29DNF
                                  Case No. 2:05-cr-119-FTM-29DNF

UNITED STATES OF AMERICA,

          Respondent.
_____

## ORDER

This matter comes before the Court on petitioner's Contemporaneous Request for Certificate of Appealability Pursuant to Rule 4(a)(1), F.R.A.P. and 28 U.S.C. § 2253 (Doc. #17) filed on December 12, 2011. On October 25, 2011, at the time of the entry of the Opinion and Order (Doc. #14) now appealed by petitioner, the Court denied a certificate of appealability and leave to proceed *in forma pauperis* on appeal. Therefore, the motion will be denied as moot.

Accordingly, it is now

**ORDERED**:

Petitioner's Contemporaneous Request for Certificate of Appealability Pursuant to Rule 4(a)(1), F.R.A.P. and 28 U.S.C. § 2253 (Doc. #17) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of December, 2011.

                                                      JOHN E. STEELE
                                                      United States District Judge

Copies:
USCA
Parties of Record